**STATE of Missouri, Respondent,**

v.

**Terry BAILEY, Appellant.**

**No. ED 88074.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 9, 2007.

Irene Karns, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joshua N. Corman, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J. and KENNETH M. ROMINES, J.

***ORDER***

PER CURIAM.

Terry Bailey ("Appellant") appeals the judgment entered on the jury's conviction for possession of pseudoephedrine with intent to manufacture methamphetamine under section 195.246, RSMo (2000). No

abuse of discretion by the trial court appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 30.25(b).